RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Matthew Guerrero

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00176-RFB-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| MATTHEW GUERRERO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Matthew Guerrero, that the Sentencing Hearing currently scheduled on October 2, 2025, 2025, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to review the presentence investigation report with the defendant, to request and obtain mitigation documents, and prepare a sentencing memorandum.

2. The defendant was arrested by Las Vegas Metropolitan Police on September 4, 2025, and has been charged with Assault with a Deadly Weapon (NRS 200.471) and Challenge to Fight with Use of a Deadly Weapon (NRS 200.450) in Case No. 25-CR-075228-003.

3. The defendant is currently in state custody at the Clark County Detention Center subject to posting $5,000 bail and house arrest review. He does not object to the continuance.

4. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 10th day of September 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW GUERRERO,<br><br>    Defendant. | Case No. 2:25-cr-00176-RFB-MDC<br><br>**ORDER** |

    Based on the stipulation and good cause appearing:

    IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, October 2, 2025, at 10:00 a.m., be vacated and continued to December 8, 2025 at 10:00 a.m.

    DATED this 11th day of September 2025.

_____
UNITED STATES DISTRICT JUDGE